UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CAROL BROWNE HILL, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:12-cv-70 |
| v. ) | |
| ) | Judge Mattice |
| CAROLYN W. COLVIN, ) | Magistrate Judge Carter |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

# ORDER

On August 22, 2013, United States Magistrate Judge William B. Carter filed his Report and Recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that Plaintiff's Motion for EAJA attorney's fees under the Equal Access to Justice Act be granted, and that Plaintiff be awarded attorney's fees in the amount of $1,527.50. (*Id.* at 2).

Defendant has filed no objections to the Magistrate Judge's Report and Recommendation. The Court has reviewed the Report and Recommendation, and it agrees with Magistrate Judge Carter's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Attorney Fees (Doc. 22) is **GRANTED**;

- Plaintiff is hereby awarded attorney's fees in the amount of **$1,527.50**.

**SO ORDERED** this 2nd day of October, 2015.

                                                  */s/ Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE